**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and § <br> UNILOC LUXEMBOURG, S.A., § | Civil Action No. 1:18-cv-00293-LY |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | PATENT CASE |
| § | |
| APPLE INC., § | |
| § | |
| Defendant. § | JURY TRIAL DEMANDED |
| § | |

**NOTICE OF APPEARANCE**

Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A., file this Notice of Appearance

and hereby notify the Court that Aaron Jacobs of Prince Lobel Tye, LLP, One International Place,

Suite 3700, Boston, MA 02110, is appearing on behalf of Plaintiffs Uniloc USA, Inc., and Uniloc

Luxembourg, S.A., in the above-referenced matter.

Date: April 9, 2018                          Respectfully submitted,


                                             */s/ Aaron Jacobs*
                                             Aaron Jacobs
                                             Massachusetts State Bar No. 677545
                                             PRINCE LOBEL TYE LLP
                                             One International Place, Suite 3700
                                             Boston, MA 02110
                                             Tel: (617) 456-8000
                                             Fax: (617) 456-8100
                                             Email: ajacobs@princelobel.com

                                             **ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all counsel of record on

April 9, 2018, via the Court's CM/ECF system.


*/s/ Aaron Jacobs*
Aaron Jacobs