James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | Case No.: 3:19-cv-01697-VC |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that Uniloc 2017 LLC is owned by CF Uniloc Holdings LLC.

| | |
|---|---|
| Date: January 2, 2020 | Respectfully submitted, |
| | */s/ Aaron S. Jacobs*<br>James J. Foster<br>jfoster@princelobel.com<br>Aaron S. Jacobs (CA No. 214953)<br>ajacobs@princelobel.com<br>**PRINCE LOBEL TYE LLP**<br>One International Place, Suite 3700<br>Boston, MA 02110<br>617-456-8000 |
| | Attorneys for Plaintiff |

### **PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served on this day to all counsel of record who are deemed to have consented to electronic service.

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs