UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No.  19-cv-01697-VC<br><br>**ORDER RE STAY OF CASE** |

The Court is tentatively inclined to conclude that a stay is warranted, provided that the parties can reach a reasonable agreement regarding the preclusive effect of the Microsoft IPR proceedings. The parties are ordered to file a joint submission on preclusion issue by March 18, 2020.

**IT IS SO ORDERED.**

Dated: March 9, 2020

VINCE CHHABRIA
United States District Judge