James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Attorneys for Plaintiffs

MARK FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@us.dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@us.dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. 3:19-cv-01697-VC<br><br>**JOINT RESPONSE TO ORDER RE STAY OF CASE (DKT. NO. 118)** |

Pursuant to the Court's March 9, 2020, Order re Stay of Case (Dkt. No. 118), Plaintiff Uniloc 2017 LLC ("Uniloc"), and Defendant Apple Inc. ("Apple"), the parties to this action, submit this joint response.

On March 11, 2020, Apple, along with Samsung Electronics America, Inc. and Motorola Mobility LLC, filed a Motion for Joinder of Microsoft Corporation's IPR2019-01471 (the "Microsoft IPR"), concurrently with a petition for *inter partes* review of U.S. Patent No. 6,836,654.  *See* Exs. A (IPR petition) and B (Motion for Joinder).  If the Patent Trial and Appeal Broad grants Apple's Motion for Joinder, Apple will be subject to estoppel in accordance with 35 U.S. Code § 315(e)(2).

If Apple's Motion for Joinder is denied, Apple and Uniloc agree to jointly notify the Court within seven (7) business days of such denial. If Apple's Motion for Joinder is granted, Apple's position is that, in light of this Court's Order Re Stay of Case, a stay of this case is warranted through final disposition of Microsoft's IPR, including all appeals.

Respectfully Submitted,

Dated: March 16, 2020

*/s/ Aaron S. Jacobs*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Counsel for Plaintiffs

Dated: March 16, 2020

By: */s/ Christine K. Corbett*
Mark D. Fowler
Christine K. Corbett
Summer Torrez
Jonathan Hicks
**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000

Attorneys for Defendant
Apple Inc.